■ In the Matter of the Accounting of FRIEND L. TUTTLE, as Surviving Executor of JOSEPH S. RICH, Deceased, Appellant. GEORGE DINES et al., Individually and as Ancillary Executors of STEPHEN G. RICH, Deceased, et al., Respondents.— Order entered on November 1, 1960, granting respondents' application to direct the appellant to pay over the personal property now in his possession in his fiduciary capacity to the respondents, unanimously affirmed, with $50 costs and disbursements to the respondents to be paid by petitioner-appellant personally. No opinion. Concur— Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEX YANOWITCH, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ In the Matter of ANTHONY DEL MAR, Petitioner, v. DAVID C. THOMPSON et al., as Commissioners of the Waterfront Commission of New York, Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ MAX W. SCHACTER, Respondent, v. JOSEPH B. KASS et al., Appellants.— Order, entered on April 19, 1960, striking the second and third defenses pursuant to rule 109 of the Rules of Civil Practice, unanimously reversed, on the law, and the defenses reinstated, with $20 costs and disbursements to the appellants. To the extent that the plaintiff-respondent relies upon the unexecuted term of the partnership agreement alleged in the complaint, the defendants-appellants may be entitled to rely upon the Statute of Frauds. Whether and to what extent the plaintiff-respondent may be entitled to relief on the basis of the good will of the partnership will be best determined upon the full development of the relevant facts on the trial of this action. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GABAY, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ DIANA WEIDER, Appellant, v. JOSEPH WEIDER, Respondent.— Order, entered on January 4, 1961, granting summary judgment to the defendant, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order, entered on January 4, 1961, denying plaintiff's motion for leave to amend the complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ SYLVIA ALBERT, Respondent, v. SIDNEY J. ALBERT, Appellant, et al., Defendant.— Appeal from order entered on October 19, 1960, unanimously dismissed in view of the fact that an order denying reargument is not appealable. No costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.